ALBERT E. HELMER, as Administrator with the Will Annexed of the Estate of ROBERT HELMER, Deceased, Respondent, *v.* NEWELL MOREY et al., as Administrators of the Estate of EMILY HAWKINS, Deceased, Appellants, Impleaded with Others.

*Helmer* v. *Morey*, 64 App. Div. 625, affirmed.
(Argued January 23, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 4, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at a Special Term.

*Eugene E. Sheldon* for appellants.

*Walter Pitcher* and *C. H. Walts* for respondent.

Judgment affirmed, with costs payable out of estate; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

PALMA COLABEL, an Infant, by her Guardian ad Litem, FRANCIS COLABEL, Respondent, *v.* METROPOLTAN STREET RAILWAY COMPANY, Appellant.

*Colabel* v. *Metropolitan Street R. Co.*, 74 App. Div. 505, affirmed.
(Submitted January 23, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Morris Cukor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.